# United States District Court
## DISTRICT OF DELAWARE

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

2005 Acura TL, Delaware registration 248675,
VIN# 19UUA66235A063350

**SEIZURE WARRANT**

CASE NUMBER: 07- 124M

TO: Task Force Officer Ronald Marzec, DEA (agent/federal agency) and any authorized officer of the United States:
Affidavit(s) having been made before me by Task Force Officer Ronald Marzec who has reason to believe that in the District of Delaware there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

2005 Acura TL, Delaware registration 248675, VIN# 19UUA66235A063350

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 21 U.S.C. § 881

**concerning a violation of Title 21 United States Code, Section(s) 841 and 846.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

FILED
JUL 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 23, 2007    11:03 A.M.
Date and Time Issued

at Wilmington, Delaware
City and State

Mary Pat Thynge, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 07-23-07 | 07-23-07 4:00 P.m | Nobody present. Copy left at side door. |

INVENTORY MADE IN THE PRESENCE OF

TFO Tyndall

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(1) 2005 Acura TL
VIN# 19UUA66235A063350

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subcribed, sworn to, and returned before me this date.

_[signature]_  7/30/07
U.S. Judge or Magistrate          Date